United States District Court
Southern District of Texas
**ENTERED**
February 03, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JD OLIVER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-15-1665 |
| | § | |
| PRAIRIE VIEW A&M UNIVERSITY, | § | |
| TEXAS A&M UNIVERSITY SYSTEM, | § | |
| et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation entered on January 13, 2016 (Docket Entry No. 235),[1] the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this 3rd day of February, 2016.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE

---

[1] The parties filed no objections to the Memorandum and Recommendation.